# PERLMUTTER & MCGUINNESS, P.C.
### ATTORNEYS AT LAW

**260 MADISON AVENUE, SUITE 1800**
**NEW YORK, NY 10016**
**TEL. (212) 679-1990**
**FAX. (888) 679-0585**

ADAM D. PERLMUTTER, ESQ.  
—  
DANIEL A. MCGUINNESS, ESQ.

OF COUNSEL  
PAUL GREENFIELD, ESQ.

May 5, 2015

***VIA ECF***

The Honorable William F. Kuntz, II  
United States District Court  
Eastern District of New York  
225 Cadman Plaza East  
Brooklyn, NY 11201

  ***Re:***   ***United States v. Akhror Saidakhmetov, et al.***  
     ***Case No. 15-Cr-95 (WFK)***

Dear Judge Kuntz:

  I am writing regarding the pending motion filed yesterday by the government requesting a protective order for the discovery in this matter to propose a briefing schedule. I respectfully request a week to respond, making Defendant's response due on May 11, 2015 with any reply from the government due on May 15, 2015. I have spoken to the government and they have consented to this schedule.

  Should the Court have any questions in this regard, please contact me directly. I want to thank the Court in advance for its consideration of this request.

                Respectfully submitted,

                Adam D. Perlmutter

Cc:   All counsel (via ECF)  
    Akhror Saidakhmetov (via regular mail)