PB

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

    - against -

ABDURASUL HASANOVICH JURABOEV,
    also known as "Abdulloh Ibn
    Hasan,"
AKHROR SAIDAKHMETOV,
ABROR HABIBOV,
DILKHAYOT KASIMOV and
AKMAL ZAKIROV,

        Defendants.

- - - - - - - - - - - - - - - X

**FILED**
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.

★ JUN 11 2015 ★

BROOKLYN OFFICE

UNSEALING ORDER

Docket No. CR 15-95 (S-2)(WFK)

        Upon the application of KELLY T. CURRIE, Acting United States Attorney for the Eastern District of New York, by Assistant United States Attorney Peter W. Baldwin, for an order unsealing the above-captioned case.

        WHEREFORE, it is ordered that the second superseding indictment and the entire case be unsealed.

Dated:    Brooklyn, New York
           June 11, 2015

                                      s/Viktor Pohorelsky
                                      HONORABLE VIKTOR V. POHORELSKY
                                      UNITED STATES DISTRICT JUDGE
                                      EASTERN DISTRICT OF NEW YORK