# CALENDAR : MAGISTRATE'S PROCEEDING

BEFORE MAG. JUDGE **Pohorelsky**     DATE: **6/11/15**

DOCKET NUMBER: **15CR95(WFK)**     LOG #: **2:12 - 2:20**

DEFENDANT'S NAME: **Akmal Zakirov**

   ✓ Present    ___ Not Present    ✓ Custody    ___ Bail

DEFENSE COUNSEL: **Lee Ginsberg**

   ___ Federal Defender    X CJA    ___ Retained

A.U.S.A.: ~~Alexander Solomon~~ ~~Douglas Pravda~~ **Peter Baldwin**     DEPUTY CLERK: **F. Chin**

INTERPRETER: **Sanjar Babajanov** ✓ (Language) **Uzbek**

____ Hearing held. ____ Hearing adjourned to ____

____ Defendant was released on ____ PRB with/without some conditions.

____ Defendant was advised of bond conditions by the Court and signed the bond.

____ Surety (ies) were sworn and advised of bond obligations by the Court and signed the bond.

____ Additional surety (ies) to co-signed bond by ____

✓ At this time, defense counsel states on the record that the defendant does not have a bail application / package. **Order of detention** entered with leave to reapply to a Magistrate or to the District Court Judge to whom the case will be assigned.

____ Order of Excludable Delay entered. Code Type___ Start___ Stop___

X Order of Speedy Trial entered. Code Type **XT** Start **6/11/15** Stop **6/16/15**

X Defendant's first appearance.   X Defendant arraigned on the superseding indictment.

X Attorney Appointment of ___ FEDERAL DEFENDER   X CJA

X Defendant entered **NOT GUILTY PLEA** to **ALL** counts of the superseding indictment.

X Status conference set for **6/16/15** @ **12:00** before Judge **Kuntz**

OTHERS: ____