

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

PWB
F. #2014R01413

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

August 28, 2015

By Federal Express and ECF

Adam D. Perlmutter, Esq.
Daniel A. McGuinness, Esq.
260 Madison Avenue, Suite 1800
New York, New York 10016

Peter E. Quijano, Esq.
Anna N. Sideris, Esq.
Quijano & Ennis, P.C.
40 Fulton Street, 23rd Floor
New York, New York 10038

Albert Dayan, Esq.
8002 Kew Gardens Road, Suite 902
Kew Gardens, New York 11415

Lee A. Ginsberg, Esq.
Freeman, Nooter & Ginsberg
75 Maiden Lane, Suite 503
New York, New York 10038

   Re: United States v. Abdurasul Juraboev, et al.
      Criminal Docket No. 15-95 (WFK)

Dear Counsel:

   Pursuant to Rule 16 of the Federal Rules of Criminal Procedure, the government hereby furnishes additional discovery with respect to the above-referenced case. The enclosed discovery is being produced pursuant to the Stipulations and Protective Orders entered by the Court with respect to each defendant. Enclosed are discs containing certain pertinent recordings of conversations involving the defendants, as well as verbatim translations of those recordings. In addition, the government anticipates that additional discovery will be ready to be produced to you in short order. As such, please provide at your earliest convenience a one terabyte hard drive to government counsel, so that the additional

discovery can be copied and produced to you in short order.  Any additional discovery will be provided to you as it becomes available.  The government hereby also requests reciprocal discovery.  If you have any questions or further requests, please do not hesitate to contact me.

    Very truly yours,

    KELLY T. CURRIE
    Acting United States Attorney

By:    /s/ Peter W. Baldwin
    Peter W. Baldwin
    Alexander A. Solomon
    Douglas M. Pravda
    Assistant U.S. Attorneys
    (718) 254-7000

Enclosures

cc:    Clerk of the Court (WFK) (by ECF) (without enclosures)