***QUIJANO ENNIS & SIDERIS***
ATTORNEYS AT LAW
52 DUANE STREET
FLOOR 23
NEW YORK, NEW YORK 10038

TELEPHONE: (212) 686-0666
FAX: (212) 686-8690

**Peter Enrique Quijano**
**Nancy Lee Ennis**
**Anna N. Sideris**

October 24, 2022

**BY ECF**
The Honorable William F. Kuntz
United States District Judge
United States Courthouse
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 10021

   Re: <u>United States v. ABHOR HABIBOV</u>, 15 Cr. 95 (WFK)

Dear Judge Kuntz:

  We are the attorneys for the defendant Abhor Habibov in the above-referenced matter, having been appointed by your Honor on May 12, 2015, pursuant to the provisions of the Criminal Justice Act, 18 U.S.C. §3006A. On August 29, 2017, Mr. Habibov pled guilty before this Court; and, is currently awaiting sentencing.

  The purpose of this submission is to respectfully request that the Court set a Sentencing Date for Abor Habibov in <u>U.S. v. Abror Habibov</u>, 15 Cr. 95 (WFK), for December 14th or 15th, 2022; at 11:30 or later. I have conferred with Assistant United States Attorney Mathew Haggans; and, it is my understanding that government has no objection to this request. Your Honor's attention to and consideration of this request are, as always, greatly appreciated.

          Respectfully submitted,

          *Peter E. Quijano*

          Peter Enrique Quijano
          Anna N. Sideris

cc:  A.U.S.A. Matthew Haggans (by email and ECF)