```
            UNITED STATES DISTRICT COURT
            EASTERN DISTRICT OF NEW YORK

------------------------------X
                              :
UNITED STATES OF AMERICA,     :
                              :    15-CR-95 (WFK)
          v.                  :
                              :    April 8, 2015
ABDURASUL HASANOVICH          :
JURABOEV, et al.,             :    Brooklyn, New York
            Defendant.        :
                              :
------------------------------X


       TRANSCRIPT OF CRIMINAL CAUSE FOR ARRAIGNMENT
           BEFORE THE HONORABLE LOIS BLOOM
             UNITED STATES MAGISTRATE JUDGE

APPEARANCES:

For the Government:          BREON PEACE, ESQ.
                             U.S. ATTORNEY
                             BY: PETER BALDWIN, ESQ.
                             ASSISTANT U.S. ATTORNEY
                             271 Cadman Plaza East
                             Brooklyn, New York  11201



For the Defendant:
Juraboev                     LISA HOYES, ESQ.
Saidakhmetov                 ADAM PERLMUTTER, ESQ.
Habibov                      ERIN FLYNN, ESQ.
Kasimov                      FREDERICK COHN, ESQ.




Court Transcriber:           ARIA SERVICES, INC.
                             c/o Elizabeth Barron
                             274 Hovey Road
                             Milo, ME 04463
                             Aria@leinen.net




Proceedings recorded by electronic sound recording,
transcript produced by transcription service
```

1          THE CLERK:  Criminal cause for arraignment,
2  case number 15-CR-95, United States v. Abdurasul
3  Hasanovich Juraboev, Akhror Saidakhmetov, Abror
4  Habibov, and Dilkhayot Kasimov.
5          Counsel, your name for the record.
6          MR. SOLOMON:  Good afternoon, your Honor.
7  Alex Solomon and Peter Baldwin for the government.
8          MR. BALDWIN:  Good afternoon, your Honor.
9          MS. HOYES:  For Mr. Juraboev, Federal
10 Defenders by Lisa Hoyes.  Good afternoon, your Honor.
11         MR. PERLMUTTER:  For Mr. Saidakhmetov, Adam
12 Perlmutter, your Honor.  Good afternoon.
13         MS. FLYNN:  For Mr. Habibov, Erin Flynn.
14 Good afternoon, your Honor.
15         MR. COHN:  For Mr. Kasimov, Frederick Cohn,
16 your Honor.  With me is my associate, Angela Lipsky.
17         THE CLERK:  Also present is Uzbek
18 interpreter Sanjav Babajanov, previously sworn.
19         THE COURT:  Good afternoon, everyone.  We
20 have an interpreter and I want to tell Mr. Kasimov and
21 Mr. Juraboev, if for any reason you don't understand
22 something that's been said, please put up your hand and
23 tell me that you didn't understand, and we'll have that
24 portion of the proceedings repeated for you.
25         Also, it's important that you use your

1  voice.  When I ask you a question, I need you to answer
2  the question yes or no because if you just nod your
3  head yes or no, it won't be reflected on the record of
4  the Court, which is a recording.
5           Do you understand those instructions, Mr.
6  Juraboev?
7           DEFENDANT JURABOEV:  Yes.
8           THE COURT:  And do you understand that, Mr.
9  Kasimov?
10          DEFENDANT KASIMOV:  Yes.
11          THE COURT:  That goes for the other two
12 defendants.  But since you don't have the interpreter,
13 I'm not giving you the same warning.
14          First, I believe it's Ms. Flynn?
15          MS. FLYNN:  Yes.
16          THE COURT:  And I understand you're not CJA
17 but you work with somebody who is.
18          MS. FLYNN:  Yes.  My boss, Eric Franz (ph),
19 is the CJA attorney that has been assigned by Judge
20 Kuntz as an associate for this case.
21          THE COURT:  Thank you very much.
22          The purpose of today's proceeding is, the
23 grand jury has handed down a superseding indictment,
24 and I need to make sure that you have all seen this
25 superseding indictment and that you have reviewed it

```
 1  with your attorney.
 2              I believe this is your client Mr. Kasimov's
 3  first appearance.
 4              MR. COHN:  It is, your Honor.
 5              THE COURT:  Is that correct, Mr. Cohn?
 6              MR. COHN:  Yes.
 7              THE COURT:  Mr. Kasimov, this is
 8  specifically for you.  You have the right to remain
 9  silent.  If you've started to make a statement, you may
10  stop.  Any statement that you make to anyone other than
11  your attorney can be used against you.  You also have
12  the right to be represented by counsel, and I've been
13  presented with a financial affidavit, which I believe
14  you filled out when you were meeting with Pretrial
15  Services.  The financial affidavit states that you are
16  not presently employed and based on the financial
17  affidavit, I find that you would be unable to afford
18  counsel and I appointed Mr. Cohn, who is a member of
19  the Court's Criminal Justice Act Panel, to represent
20  you.
21              I will tell you that the members of the
22  Court's Criminal Justice Act Panel are people with
23  substantial federal criminal trial experience.  So
24  although you may not have selected Mr. Cohn yourself,
25  he knows what he's talking about and he does this
```

1  representing people for the Court as only part of how
2  he makes a living.  Most of the time, it is his clients
3  who are paying him for his representation.  So don't
4  underestimate the quality of the representation that
5  you have been given just because you are not paying for
6  his services.
7              I will start first with Mr. Juraboev.  Mr.
8  Juraboev, have you had the opportunity to review the
9  superseding indictment that has been filed against you
10 in this matter with your attorney?
11             DEFENDANT JURABOEV:  Yes.
12             THE COURT:  Do you understand the charges
13 that are being made against you?
14             DEFENDANT JURABOEV:  Yes.
15             THE COURT:  Ms. Hoyes, have you had the
16 opportunity to review the superseding indictment with
17 your client?
18             MS. HOYES:  Yes, I have, your Honor.
19             THE COURT:  Do you believe he understands
20 the charges?
21             MS. HOYES:  Yes, I do.
22             THE COURT:  Have you advised him of his
23 constitutional rights?
24             MS. HOYES:  I have.
25             THE COURT:  Do you wish me to read the

```
 1  superseding indictment aloud?
 2              MS. HOYES:  I do not, your Honor.  I waive a
 3  formal, public reading.
 4              THE COURT:  Is your client prepared to enter
 5  a plea?
 6              MS. HOYES:  Yes.  I would like to enter a
 7  plea of not guilty on his behalf at this time.
 8              THE COURT:  A plea of not guilty shall be
 9  entered on behalf of Mr. Juraboev to all counts in the
10  superseding indictment pertaining to him.
11              Mr. Saidakhmetov, I'm sorry if I
12  mispronounced your name.  Have you had the opportunity
13  to review the superseding indictment with your
14  attorney?
15              DEFENDANT SAIDAKHMETOV:  Yes.
16              THE COURT:  Do you understand the charges?
17              DEFENDANT SAIDAKHMETOV:  Yes.
18              THE COURT:  Mr. Perlmutter, have you had the
19  opportunity to review the superseding indictment with
20  your client?
21              MR. PERLMUTTER:  I have, your Honor.  He
22  waives the public reading and enters a plea of not
23  guilty.
24              THE COURT:  A plea of not guilty shall be
25  entered on behalf of Akhror Saidakhmetov to all counts
```

```
 1  in the superseding indictment pertaining to him.
 2              Mr. Habibov, have you had the opportunity to
 3  review the superseding indictment with your attorney?
 4              DEFENDANT HABIBOV:  I did not have to go
 5  through all of it but it was shortly explained.
 6              THE COURT:  Do you need more time to review
 7  it with your attorney right now?
 8              DEFENDANT HABIBOV:  No.
 9              THE COURT:  So do you understand what the
10  charges are against you?
11              And, Ms. Flynn, have you had the opportunity
12  to review the superseding indictment with your client?
13              MS. FLYNN:  Yes, your Honor.
14              THE COURT:  Do you believe he understands
15  the charges?
16              MS. FLYNN:  Yes, your Honor.
17              THE COURT:  Have you advised him of his
18  constitutional rights?
19              MS. FLYNN:  Yes.
20              THE COURT:  Do you wish me to read the
21  charges aloud?
22              MS. FLYNN:  No, we waive the public reading
23  at this time.  At this time, we will enter a plea of
24  not guilty.
25              THE COURT:  A plea of not guilty shall be
```

1  entered on behalf of Abror Habibov to all the counts in
2  the superseding indictment pertaining to him.
3            Mr. Kasimov, have you had the opportunity to
4  review the superseding indictment with your attorney?
5            DEFENDANT KASIMOV:  Yes.
6            THE COURT:  Do you understand the charges
7  that are being made against you?
8            DEFENDANT KASIMOV:  Yes.
9            THE COURT:  Mr. Cohn, have you had the
10 opportunity to review the superseding indictment with
11 your client?
12           MR. COHN:  I have, and he waives the public
13 reading and enters a plea of not guilty.
14           THE COURT:  Have you advised him of his
15 constitutional rights?
16           MR. COHN:  I have.
17           THE COURT:  Thank you.  A plea of not guilty
18 shall be entered on behalf of Mr. Kasimov to all counts
19 in the superseding indictment pertaining to him.
20           Mr. Solomon, what is the government's
21 position with respect to Mr. Kasimov?  He's the only
22 one who has not appeared before today.
23           MR. SOLOMON:  Your Honor, it's the
24 government's position that the defendant should be
25 detained pending trial.  As your Honor is aware, this

1  is a presumption case.  There is a presumption of
2  detention because the defendant is charged with the
3  serious crimes of attempting to and conspiring to
4  provide material support to a foreign terrorist
5  organization.  I understand from Mr. Cohn that there is
6  no bail package today.  I would note that the
7  government's position is that even the offering of
8  money is extremely serious in so far as this defendant
9  sought to finance the travel of one of the codefendants
10 to Syria to join ISIS, and that is tantamount to
11 providing money to slaughter innocent victims.
12             THE COURT:  Is the government saying that
13 Mr. Kasimov should be held because he's a danger to the
14 community and a risk of flight?
15             MR. SOLOMON:  Yes, your Honor.
16             THE COURT:  I'm just making the record
17 clear.
18             Mr. Cohn, is there any application today?
19             MR. COHN:  Not at this time, although we
20 reserve the right to make -- part of the issues is that
21 I believe that he's being held on an immigration
22 warrant and has immigration charges pending, so any
23 posting of bail here would be an act of futility until
24 we get it all straightened out.  But I reserve the
25 right to make an application at some future time.

```
 1              THE COURT:  I'm waiting for the interpreter
 2   to catch up.
 3              Mr. Kasimov, the government has asked that
 4   you be detained pending trial.  You have just met with
 5   your lawyer for the first time.  He knows what it takes
 6   in order for somebody to be released pending a trial.
 7   I am ordering you to be held pending the trial but
 8   granting you and your attorney permission to come back
 9   to court at any point in the future when there is an
10   application to be made for bail.
11              What I have received is only one application
12   to exclude time.  I imagine if I'm getting it in one
13   case, I'm getting it in all the cases?
14              MR. SOLOMON:  Your Honor, time has already
15   been excluded as to the remaining defendants until
16   June, the next status conference for the other three
17   defendants.  For Mr. Kasimov, Judge Kuntz has scheduled
18   a status conference for next Thursday, April 16th, at
19   10:30 a.m.  That's why there's only one pending motion
20   to exclude time.
21              THE COURT:  Thank you.  Have you discussed
22   with Mr. Cohn any of the things that are checked on the
23   box here?
24              MR. SOLOMON:  Your Honor, Judge Kuntz has
25   actually designated this case as a complex case, so
```

```
 1  that would be our basis for seeking to exclude time.
 2            THE COURT:  So I should eliminate the box
 3  that's checked and check the box that says you need
 4  additional time to prepare due to the complexity of the
 5  case?  In other words, the box that was checked when
 6  the form was presented to me says something that is
 7  inaccurate and I will X it out, and I will instead
 8  check the box that says due to the complexity of the
 9  case.
10            Is that correct, Mr. Cohn?
11            MR. COHN:  Yes, ma'am.
12            THE COURT:  Mr. Kasimov, although I'm
13  confident that you discussed this application with your
14  attorney, I need to make sure for myself that you
15  understand the nature of the request and its
16  consequences.  So permit me to tell you that the
17  government has 70 days from the date that you are
18  arraigned on the indictment, which is what we just
19  accomplished when we entered your not guilty plea on
20  the record, to commence the trial against you on these
21  charges.  If the government does not commence the trial
22  within 70 days, your attorney can come into the Court
23  and ask that the charges against you be dismissed as a
24  violation of your right under the Speedy Trial Act.
25  This application is stopping the 70-day speedy trial
```

```
 1  time clock today, and it will not start to count that
 2  70-day period again until next Thursday, April 16th,
 3  when you appear before the Honorable William Kuntz, who
 4  is the district judge assigned to try this case.
 5            Do you understand this application and its
 6  consequences, sir?
 7            DEFENDANT KASIMOV:  Yes.
 8            THE COURT:  And have you discussed this
 9  matter with your attorney?
10            DEFENDANT KASIMOV:  Yes.
11            THE COURT:  Do you have any questions for
12  the Court regarding this application?
13            DEFENDANT KASIMOV:  No.
14            THE COURT:  Is this your signature, Mr.
15  Kasimov, on this document?
16            DEFENDANT KASIMOV:  Yes.
17            THE COURT:  Then because of the
18  representation of the parties that they need additional
19  time to prepare the case for trial due to the
20  complexity of the case, the Court excludes the time
21  period between today and April 16th from the computation
22  of the Speedy Trial Act.  I find that this exclusion
23  serves the ends of justice and outweighs the interest
24  of the public and the defendant in a speedy trial for
25  the reasons stated on the record.
```

```
 1              Was there anything else that needed to be
 2   addressed on behalf of the United States today, Mr.
 3   Solomon?
 4              MR. SOLOMON:  No, thank you, your Honor.
 5              THE COURT:  Was there anything else that
 6   needed to be addressed on behalf of your client, Ms.
 7   Hoyes?
 8              MS. HOYES:  No, your Honor.
 9              THE COURT:  Anything on behalf of your
10   client, Mr. Perlmutter?
11              MR. PERLMUTTER:  No, your Honor.
12              THE COURT:  Anything on behalf of your
13   client, Ms. Flynn?
14              MS. FLYNN:  No, your Honor.
15              THE COURT:  Anything else on behalf of your
16   client, Mr. Cohn?
17              MR. COHN:  Not at this time.
18              THE COURT:  Then this matter is adjourned.
19   Thank you.
20                      *  *  *  *  *  *
21
22
23
24
25
```

```
18        I certify that the foregoing is a correct
19   transcript from the electronic sound recording of the
20   proceedings in the above-entitled matter.
```

*[signature: Emp]*

25   ELIZABETH BARRON                              January 24, 2023